# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P. SEMENECK, | CASE NO. 1:09-cv-00566-SMS PC |
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF REGULAR IN FORMA PAUPERIS APPLICATION |
| v. | |
| PAM AHLIN, et al., | ORDER REQUIRING PLAINTIFF TO PAY FILING FEE IN FULL OR FILE IN FORMA PAUPERIS APPLICATION WITHIN THIRTY DAYS |
| Defendants. | |

Plaintiff John P. Semeneck is a civil detainee proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on March 27, 2009, but neither paid the $350.00 filing fee nor filed an application to proceed in forma pauperis. Accordingly, it is HEREBY ORDERED that:

1. The Clerk's Office shall send Plaintiff a regular in forma pauperis application;

2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall either pay the filing fee in full or file an application to proceed in forma pauperis; and

3. The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

**Dated:** April 1, 2009         /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE

1