# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P. SEMENECK, | CASE NO. 1:09-cv-00566-SMS PC |
| Plaintiff, | ORDER RESOLVING MOTION FOR CLARIFICATION |
| v. | (Doc. 8) |
| PAM AHLIN, et al., | |
| Defendants. | |

Plaintiff John P. Semeneck is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 7, 2009, after having accessed the docket for this action via PACER, Plaintiff filed a motion for clarification of the designation of this action as a 555 habeas corpus (prison condition) and as a prisoner civil rights case.

The designations inquired into by Plaintiff are purely administrative in nature, and have no substantive effect on this case. The designations were not entered in error given how civil rights cases by filed prisoners and detainees are handled administratively, and they will not be changed.[1]

///
///
///
///
///

---

[1] Due to subsequent administrative changes, the 555 designation now reflects a case filed by a civil detainee rather than a habeas corpus case.

1

1   Based on the foregoing, Plaintiff's motion for clarification is HEREBY DEEMED
2 RESOLVED.

4 IT IS SO ORDERED.

5 **Dated:   October 29, 2009**               /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE